1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KHALIFAH E.D. SAIF'ULLAH,

11            Plaintiff,                    No. CIV S-08-2960 EFB P

12        vs.

13   D. BERRY, et al.,

14            Defendants.                   ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

17   brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

18   pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the

19   $350 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff has not been assessed an initial

20   payment.  However, plaintiff must make monthly payments of 20 percent of the preceding

21   month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having

22   custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the

23   Court each time the amount in the account exceeds $10 until the filing fee is paid.

24   ////

25   ////

26   ////

1

The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma pauperis application upon the Director of the California Department of Corrections and Rehabilitation and deliver a copy of this order to the Clerk's financial division.

So ordered.

Dated:  July 20, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE